UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAJED A. MOUGHNI, on behalf of himself and
others similarly situated,

        Plaintiff,

v.                                    Case No. 11-11381

                                        Hon. Patrick J. Duggan

FACEBOOK, INC.,

        Defendant.

_____ /

**STIPULATED ORDER OF DISMISSAL
WITH PREJUDICE**

At a session of said Court, Eastern District of Michigan, Southern Division, on April 21, 2011.

PRESENT: HON. PATRICK J. DUGGAN
                          U.S.District Court Judge

On stipulation of the parties for the dismissal of this action.

IT IS HEREBY ORDERED that this case is dismissed, with prejudice and without costs to either party.

Stipulated and Agreed:

_____
Majed A. Moughni, in *pro per*

_____
er•hel P. Fink (P13421)

9015770.1

                                                S/Patrick J. Duggan
                                              _____